KATE HARDING, as Administratrix, etc., of WILLIAM HARDING, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion denied. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

HUGUENOT TRUST COMPANY, as Trustee, etc., Plaintiff, Impleaded with THE HOME INSURANCE COMPANY, Appellant, v. SAMUEL F. SMITH and Another, Defendants, Impleaded with JAMES T. MAXWELL, Respondent.— Motion denied. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title, etc., Opening and Extending Ashland Place from Fulton Street to Flatbush Avenue, etc.— Motion denied. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

DANIEL KRITZ, Appellant, v. DIME SAVINGS BANK OF BROOKLYN and KLINE REALTY & IMPROVEMENT COMPANY, INC., Respondents, and Others, Defendants.— Motion denied. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

JOHN L. MEYER, Plaintiff, v. LAURA A. MEYER, Defendant, and HARRY WELSING, Corespondent.— Motion denied. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THE ONE HUNDRED AND THIRTY-ONE BOERUM STREET COMPANY, a Corporation, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL HARRICH, Appellant, v. HARRY C. HONECK, as Warden, etc., and Another, Respondents.— Motion for stay denied. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

CHARLES W. SHERWOOD, Appellant, v. THOMAS E. COFFEY, Respondent. — Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

THOMAS J. SMITH, Appellant, v. CHARLES J. ODELL and Others, as Trustees, etc., and Others, Respondents.— Motion granted, without costs. Blackmar, P. J., Mills, Rich and Putnam, JJ., concur; Jaycox, J., not voting.

JOHN RICHARD THORNDIKE, Respondent, v. THOMAS W. LUDLOW and Others, Appellants, and HARRIET K. LUDLOW and HARRIET D. LUDLOW, Defendants.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.